Luke G. Anderson (California Bar No. 210699)
luke.anderson@klgates.com
K&L Gates LLP
1900 Main Street
Suite 600
Irvine, CA 92614-7319
Tel: (949) 253-0900; Fax: (949) 253-0902

David T. Case (admitted *pro hac vice*)
david.case@klgates.com
Bruce H. Nielson (admitted *pro hac vice*)
bruce.nielson@klgates.com
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9084; Fax: (202) 778-9100

ATTORNEYS FOR ALL DEFENDANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank,

Plaintiff,

v.

LSI APPRAISAL, LLC, et al,

Defendants.

Case No.: SACV11-706 DOC (ANx)
*Related with* Case No.: SACV11-704 DOC

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER FRCP RULE 12(B) AND, IN THE ALTERNATIVE WITH RESPECT TO THE CONTRACT CLAIM AGAINST DEFENDANT LSI APPRAISAL, LLC, TO STAY PROCEEDING UNTIL ARBITRATION OF SUCH CLAIM IS HAD**

Filed concurrently with Memorandum of Points and Authorities and proposed Order

DATE: SEPTEMBER 12, 2011

TIME: 8:30 A.M.

COURTROOM: 9D

JUDGE: HON. DAVID O. CARTER

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2011 at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-entitled Court located at 411 West Fourth Street, Santa Ana, California, the Defendants in this matter will, and they hereby do, move for the dismissal of all of Plaintiff's claims set forth in the Complaint and, in the alternative with respect to the breach of contract claim in Count 2 of the Complaint, for a stay of these proceedings until arbitration of such claim is had, all on the grounds described in the Memorandum in Support of Motion to Dismiss being submitted with this Notice of Motion and Motion.

Specifically, the Defendants will and do move as follows regarding each of the following Counts of the Complaint:

1. <u>Count 1</u> Gross Negligence (Against All Defendants): the Defendants move to dismiss Count 1 for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. <u>Count 2</u> Breach of Contract (Against LSI): the Defendants move to dismiss Count 2 under Rule 12(b) because the contract at issue requires arbitration of the claim in Count 2, and, in the alternative, the Defendants move pursuant to the Federal Arbitration Act to stay this proceeding with respect to Count 2 until arbitration of the claim made in Count 2 is had in accordance with the terms of the contract at issue in Count 2.

3. <u>Count 3</u> Breach of Contract (Against FNTS): the Defendants move to dismiss Count 3 under Rule 12(b).

4. <u>Count 4</u> Alter Ego, Single Business Enterprise, Joint Venture (Against FNIS; LPS, Inc.; LPS, LLC; FNTS; LSI Title Co.; and LSI Title, LLC): the defendants move to dismiss Count 4 for failure to state a claim upon which relief can be granted under Rule 12(b)(6).

Defendants' motion to dismiss is based upon this Notice of Motion and Motion and the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss.

This motion is made following a Local Rule 7-3 request by Defendants' counsel to confer with Plaintiff's counsel on July 19, 2011.

Dated: July 22, 2011

K&L GATES LLP

By: /s/ Luke G. Anderson (SBN 210699)

Luke Anderson (SBN 210699)
1900 Main Street
Suite 600
Irvine, CA 92614-7319

David T. Case (admitted *pro hac vice*)
Bruce H. Nielson (admitted *pro hac vice*)
1601 K Street, N.W.
Washington, D.C. 20006

Attorneys for all Defendants