UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>LSI APPRAISAL, LLC, et al,<br><br>Defendants. | Case No.: SACV11-706 DOC (ANx)<br>*Related with* Case No.: SACV11-704 DOC<br><br>**ORDER GRANTING JOINT SUBMISSION OF PROPOSED ESI PROTOCOL**<br><br>JUDGE: HON. DAVID O. CARTER |

In accordance with the Joint Proposed ESI Protocol, filed on June 8, 2012, by Plaintiff Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, and Defendants LSI Appraisal, LLC, and LPS Property Tax Solutions, Inc., f/k/a Fidelity National Tax Service, Inc., requesting that the Court grant the Joint Submission of Proposed ESI Protocol (the "Proposed ESI Protocol"), with good cause being shown therefore:

IT IS ORDERED THAT:

The Proposed ESI Protocol is hereby approved and granted.

Dated: June 19, 2012

*David O. Carter*
_____
HON. DAVID O. CARTER
U.S. District Judge

ORDER ON JOINT SUBMISSION OF PROPOSED ESI PROTOCOL