JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of Washington Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>LSI APPRAISAL, LLC, et al.,<br><br>Defendants. | Case No. SACV11-706 DOC (ANx)<br>*Related to* Case No. SACV11-704 DOC<br><br>**ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE [406]** |

**IT IS HEREBY ORDERED THAT:**

The Stipulation of Dismissal with Prejudice is ENTERED and this case is DISMISSED WITH PREJUDICE. Each party to bear its own costs and fees.

DATED: February 19, 2014

*/s/ David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE